**No. 10-6627. James G. Blakely, Petitioner v. David M. Tatarsky, et al.**

562 U.S. 1068, 131 S. Ct. 654, 178 L. Ed. 2d 491, 2010 U.S. LEXIS 9324.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 343.

**No. 10-6644. Haiyan Lin, Petitioner v. Toinette Reed.**

562 U.S. 1069, 131 S. Ct. 654, 178 L. Ed. 2d 491, 2010 U.S. LEXIS 9310.

November 29, 2010. Petition for writ of certiorari to the Court of Appeals of South Carolina denied.

**No. 10-6657. Keith Leroy Tharpe, Petitioner v. Stephen Upton, Warden.**

562 U.S. 1069, 131 S. Ct. 655, 178 L. Ed. 2d 491, 2010 U.S. LEXIS 9052.

November 29, 2010. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.

**No. 10-6660. Jorge Ayala, Petitioner v. California.**

562 U.S. 1069, 131 S. Ct. 655, 178 L. Ed. 2d 491, 2010 U.S. LEXIS 9148.

November 29, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 10-6663. Xavier A. Parks, Petitioner v. Florida.**

562 U.S. 1069, 131 S. Ct. 656, 178 L. Ed. 2d 491, 2010 U.S. LEXIS 9411.

November 29, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 39 So. 3d 1269.

**No. 10-6670. Lucian Oprea, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1069, 131 S. Ct. 656, 178 L. Ed. 2d 491, 2010 U.S. LEXIS 9348.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-6672. Francisco Iniguez, Petitioner v. California.**

562 U.S. 1069, 131 S. Ct. 657, 178 L. Ed. 2d 491, 2010 U.S. LEXIS 9388.

November 29, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.